

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Rey Arevalo,          * From the 161st District Court
of Ector County,
Trial Court No. B-22-0014-CR.

Vs. No. 11-22-00123-CR          * August 31, 2023

The State of Texas,          * Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.